UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DASHOD REED, | Case No. 2:22-cv-00797-APG-NJK |
| Plaintiff | ORDER |
| v. | |
| NASH, et al., | |
| Defendants | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff Dashod Reed is no longer at the address listed with the Court and the Court's mail to Reed is being returned as undeliverable.  Docket No. 3.  Pursuant to LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

For the foregoing reasons,

IT IS ORDERED that Reed shall file his updated address with the Court no later than **June 22, 2022**.

IT IS FURTHER ORDERED that, if Reed fails to timely comply with this order, this case will be subject to dismissal without prejudice.

Finally, the Clerk of the Court is directed to send a courtesy copy of this order to Reed at High Desert State Prison, which is where he is housed per the NDOC's database.

DATED:  May 23, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE