# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DASHOD REED, | Case No.: 2:22-cv-00797-APG-NJK |
| Plaintiff | **Order Striking Complaint and Application for Leave to Proceed In Forma Pauperis** |
| v. | |
| NASH and RUIZ, | |
| Defendants | |

Plaintiff Dashod Reed filed a complaint and an application to proceed in forma pauperis, but this case has been closed for over a year. If Reed wants to pursue this complaint, he must file it in a new case, not in this one.

I THEREFORE ORDER the clerk of court to strike the complaint (ECF No. 11) and the application for leave to proceed in forma pauperis (ECF No. 10), without prejudice to Reed commencing a new case.

DATED this 24th day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE